THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED L. MERRITT, Appellant, *v.* JOHN E. KRAFT et al., Constituting the Civil Service Commission of the State of New York, Respondents.

*People ex rel. Merritt v. Kraft*, 145 App. Div. 662, affirmed.
(Argued January 12, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 21, 1911, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to revoke a certain resolution classifying certain civil service positions in the exempt class.

*Albert De Roode* for appellant.

*Thomas Carmody, Attorney-General* (*Franklin Kennedy* and *Valentine Taylor* of counsel), for respondents.

Order affirmed, with costs, on authority of *People ex rel. Schau* v. *McWilliams* (185 N. Y. 92).

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.